RECEIVED
IN MONROE, LA
JAN 2 3 2007
AC
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **CARLO PIERRE** | **CIV. ACTION NO. 06-1341** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **ALBERTO GONZALES, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 13] having been considered, as well as the Notice of Removal of Alien [Doc. No. 16] filed by the Government,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 1] is DISMISSED WITH PREJUDICE as MOOT because Petitioner has been removed.

MONROE, LOUISIANA, this 23 day of January, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE